UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY R. WOODARD | ) | CASE NO. CV 18-3710-JLS (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| ANDREW SAUL, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: 12/16/2019

_____
JOSEPHINE L. STATON
United States District Judge